1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1904
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Ruben B. Brooks)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR0239L(RBB) |
| Plaintiff, ) | **Order Exonerating Material Witness Bond** |
| v. ) | |
| JESUS SALVADOR SARINANA-PARRA, ) | |
| Defendant(s). ) | |

### Ex Parte Application

I, Ned Lynch, attorney for material witness Erika Adame-Zavala submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the Office of the United States Attorney to remand the material witness to the U.S. Customs and Border Protection agency (CBP), and after the witness surrendered to the CBP.

1

1   On behalf of the material witness and the surety who signed the appearance bond for the
2   material witness, I request the court order the exoneration of the material witness bond, and also
3   order the Clerk of the District Court to return the cash security to the surety.

5   **Dated: April 2, 2007**                     /s/
                                                 **Ned Lynch, attorney for**
6                                                **the Material Witness(es)**

8                                   **Order**

9   **It Is Ordered** the personal surety bond for $5,000 securing the presence of material witness
10  Erika Adame-Zavala is exonerated, and the Clerk of the District Court shall release the $500 bond
11  deposit held in the Registry of the court to the surety:

12                          Felipe Adame
                            4920 W. 112th Street
13                          Lennox, CA 90304

15  **Dated:   April 2, 2007**                  [signature]
                                                **United States Magistrate Judge**

U.S. v. Jesus Salvador Sarinana-Parra, Criminal Case No. 07CR0239L
Application & Order to Exonerate Mat Wit Bond          2