

1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 SOUTHERN DISTRICT OF CALIFORNIA
8 (HON. GORDON THOMPSON JR)

9  UNITED STATES OF AMERICA,    )    CASE NO. 07cr0239-GT
                                )
10     Plaintiff,                )
                                )
11 v.                           )
                                )    **ORDER**
12 JESUS SALVADOR SARINANA-PARRA, )
                                )
13     Defendant.                )
   _____ )
14

15

16   **IT IS HEREBY ORDERED** that the SENTENCING HEARING in the above-
17 captioned case, currently scheduled for July 6, 2007, at 9:00 a.m., be
18 continued until August 22, 2007, at 9:00 a.m.

19
   SO ORDERED.
20
21 DATED: 7-5-07
                                    GORDON THOMPSON, JR
22                                  United States District Judge
23
24
25
26
27
28